**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mamady Kalifa Keita,

Plaintiff,

v.

Scott Huckell; Matthew Russell; Jonanthan C. Peterson; Randy Erdman; Jason Oetterer; and Kenneth Peterson, *all in their individual capacities*,

Defendants.

Civ. No. 24-598 (JWB/EMB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elsa M. Bullard issued a Report and Recommendation ("R&R") on July 31, 2026. (Doc. No. 95.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The July 31, 2026 R&R (Doc. No. 95) is **ACCEPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. 67) is **GRANTED**.

3. Plaintiff's letter request (Doc. No. 89) is **DENIED** as moot.

4. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 24, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge